**FILED**

MAR 0 3 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>DESTANEY WALKER,  )<br>  )<br>Defendant.  )<br>_____) | Case №: 1:20-MJ-00037-3-EPG<br><br>**O R D E R**<br>**APPOINTING COUNSEL** |

The above named Defendant has, under oath, sworn or affirmed as to her financial inability to employ counsel or has otherwise satisfied this Court that she is financially unable to obtain counsel and wishes counsel be appointed to represent her. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Anthony P. Capozzi be appointed to represent the above defendant in this case effective *nunc pro tunc* to February 27, 2020.

This appointment shall remain in effect until further order of this court.

DATED: 3/3/2020

*[signature]*

HON. ERICA P. GROSJEAN
United States Magistrate Judge

-1-