**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
DESTANEY WALKER

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:20-CR-00062-NONE-SKO |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE** |
| DESTANEY WALKER, | |
| Defendant. | |

**TO:   THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

It is hereby stipulated between the United States of America, by and through its representative, Kathleen Servatius and the Defendant, Destaney Walker, by and through her attorney of record, Anthony P. Capozzi, that release condition 7(l), Home Detention, imposed on Ms. Walker on March 5, 2020 (docket #28) be modified as follows:

(l)    [P]articipate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial

services officer. **CURFEW:** You must remain inside your residence every day from 8:00PM to 8:00AM, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

All other conditions shall remain in full force and effect.

Defense counsel has spoken with pretrial services and the government and there is no objection to this modification.

**IT IS SO STIPULATED**.

Respectfully submitted,

DATED:   July 20, 2020         By:   */s/Kathleen A. Servatius*
                                      KATHLEEN A. SERVATIUS
                                      Assistant United States Attorney


DATED:   July 20, 2020         By:   */s/Anthony P. Capozzi*
                                      ANTHONY P. CAPOZZI
                                      Attorney for Defendant DESTANEY WALKER

# ORDER

IT IS HEREBY ORDERED, the court having received, read, and considered the parties' stipulation, that release condition 7(l) imposed on Ms. Walker on March 5, 2020, (docket #28) is hereby modified to show that Ms. Walker must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer. **CURFEW:** You must remain inside your residence every day from 8:00PM to 8:00AM, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

All other conditions shall remain in effect.

IT IS SO ORDERED.

Dated: __**July 20, 2020**__                    /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE