ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:     (559) 221-0200
Facsimile:      (559) 221-7997
E-Mail:          Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
DESTANEY WALKER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA.    Plaintiff,         v.  DESTANEY WALKER         Defendant. | CASE NO.  1:20-CR-00062-NONE-SKO  **STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE** |

**TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

It is hereby stipulated between the United States of America, by and through its representative, Kimberly Sanchez and the Defendant, Destaney Walker, by and through her attorney of record, Anthony P. Capozzi, that release condition 7(l), Location Monitoring imposed on Ms. Walker on March 5, 2020 (docket #28) be deleted.

All other conditions shall remain in full force and effect.

Defense counsel has spoken with Pretrial Services, Ali Mirgain and the Assistant United States Attorney, Kimberly Sanchez and there is no objection to this modification.

**IT IS SO STIPULATED.**

DATED: September 17, 2021   /s/ Kimberly Sanchez_____
KIMBERLY SANCHEZ, Assistant United States Attorney

DATED: September 17, 2021   /s/ Anthony P. Capozzi_____
ANTHONY P. CAPOZZI, Attorney for DESTANEY WALKER

## ORDER

IT IS HEREBY ORDERED, the court having received, read, and considered the parties' stipulation, that release condition 7(l) imposed on Ms. Walker on March 5, 2020, (docket #28) is hereby removed.

All other conditions shall remain in effect.

**IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated:   **September 30, 2021**   _____
UNITED STATES MAGISTRATE JUDGE