PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DESTANEY WALKER,<br><br>Defendant. | CASE NO. 1:20-CR-00062-JLT-SKO<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE DATE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT<br><br>CURRENT DATE: July 31, 2024<br>TIME: 1:00 p.m.<br>COURT: Hon. Shiela K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order this matter was set for status conference on July 31, 2024.

2. By this stipulation, defendant WALKER and the government now move to continue the status conference to October 16, 2024, and exclude time from July 31, 2024 to October 16, 2024 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports, photographs, cell phone records, and related documents in electronic form, which are voluminous in nature. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Defense counsel for defendant WALKER has have been provided with a plea agreement and negotiations are ongoing. Additional time is needed for consideration of the plea offer and further negotiation. Additionally, counsel for defendant WALKER is currently in a jury trial in state court, after just completing another state court jury trial and has another jury trial set that will conflict with the status conference date currently set in this matter.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For defendant WALKER, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 31, 2024 and October 16, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 24, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ LAUREL J. MONTOYA
LAUREL J. MONTOYA
Assistant United States Attorney

Dated: July 25, 2024

/s/ ANTHONY P. CAPOZZI
ANTHONY P. CAPOZZI
Counsel for Defendant
Destaney Walker

**ORDER**

IT IS SO FOUND that the ends of justice are served by requested continuance.

IT IS FURTHER FOUND that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and that time is deemed excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

IT IS ORDERED for defendant WALKER, a status conference is set for October 16, 2024, and that the time period of July 31, 2024 to and through October 16, 2024 be excluded from the time in which trial must commence.

DATED: 7/25/2024

*Sheila K. Oberto*
THE HONORABLE SHIELA K. OBERTO
UNITED STATES MAGISTRATE JUDGE