ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:    (559) 221-0200
Facsimile:    (559) 221-7997
E-Mail:       Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
DESTANEY WALKER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA. | CASE NO. 1:20-CR-00062-NONE-SKO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE DATE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT** |
| v. | |
| DESTANEY WALKER | CURRENT DATE: 10/16/2024 |
| Defendant. | TIME 1:00 P.M. |
| | COURT: Hon. Shiela K. Oberto |

**TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

   Plaintiff Untied States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order this matter was set for a status conference on October 16, 2024.

2. By this stipulation, defendant, Destaney Walker and the government now move to continue the status conference to November 13, 2024, and exclude time from October 16, 2024, to November 13, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports, photographs, cell phoner records, and related documents in

- 1 -

electronic form, which are voluminous in nature. All of this discovery has been either produced directly to counsel and/or made available for inspection and coping.

b) Defense counsel for the defendant, Destaney Walker, has been provided with a plea agreement and negotiations are ongoing. Additional time is needed for consideration of the plea offer and further negotiations. Additionally, counsel for the United States is currently on leave and has presented a plea agreement that must be reviewed by the defendant, and further discussed with the Assistant United States Attorney.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 16, 2024, and November 13, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161 (h)(7)(A), B(iv)[Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED: October 7, 2024,  /s/ Laurel J. Montoya
LAUREL J. MONTOYA, Assistant United States Attorney

DATED: October 7, 2024  /s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI, Attorney for DESTANEY WALKER

**ORDER**

Pursuant to the Minute Order (Doc. 169) issued on October 1, 2024, counsel were "directed to meet and confer and select a mutually agreeable trial date to be discussed at the next hearing date." The stipulation further stated that the parties "may stipulate: (1) to the trial date, or (2) to set the matter for a change of plea hearing before District Judge Thurston, with an appropriate exclusion of time," and that "any stipulation to set the matter for a change of plea hearing before Judge Thurston must state that a Plea Agreement has been filed." (*Original emphasis.*)

The parties have neither selected a trial date nor filed a signed plea agreement. Accordingly, the parties' stipulation for a continuance of the status conference is DENIED.

IT IS SO ORDERED.

Dated: **October 9, 2024**   /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE