ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:    (559) 221-0200
Facsimile:    (559) 221-7997
E-Mail:       Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
DESTANEY WALKER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\*\*\*\*\*\*

| UNITED STATES OF AMERICA. | ) CASE NO.  1:20-CR-00062-NONE-SKO |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO VACATE STATUS CONFERENCE DATE, SET JURY TRIAL DATE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT** |
| v. | |
| DESTANEY WALKER | |
| Defendant. | ) CURRENT DATE: 10/16/2024<br>) TIME 1:00 P.M.<br>) COURT: Hon. Shiela K. Oberto |

**TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order this matter was set for a status conference on October 16, 2024.

2. By this stipulation, defendant, Destaney Walker and the government now move to vacate the status conference date of October 16, 2024, and set this case for a jury trial on May 20, 2025, and exclude time from October 16, 2024, to May 20, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

- 1 -

a) The government has represented that the discovery associated with this case includes investigative reports, photographs, cell phoner records, and related documents in electronic form, which are voluminous in nature.  All of this discovery has been either produced directly to counsel and/or made available for inspection and coping.

b) Defense counsel for the defendant, Destaney Walker, has been provided with a plea agreement and negotiations are ongoing.  Additional time is needed for consideration of the plea offer and further negotiations.  Additionally, counsel for the United States is currently on leave and has presented a plea agreement that must be reviewed by the defendant, and further discussed with the Assistant United States Attorney.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 16, 2024, and May 20, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161 (h)(7)(A), B(iv)[Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED:     October 10, 2024,          /s/ Laurel J. Montoya
                                       LAUREL J. MONTOYA, Assistant United States
                                       Attorney


DATED:     October 10, 2024           /s/ Anthony P. Capozzi
                                       ANTHONY P. CAPOZZI, Attorney for
                                       DESTANEY WALKER


## **ORDER**

IT IS SO FOUND that the ends of justice are served by vacating the settlement conference and setting a trial date.

IT IS FURTHER FOUND that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and that time is deemed excluded pursuant to 18 U.S.C. § 3161(4)(7)(A), B(iv) [Local Code T4].

IT IS ORDERED for defendant, Destaney Walker, a status conference of October 16, 2024, is vacated, a trial date of May 20, 2025, is set. and that the time period of October 16, 2024, to and through May 20, 2025, be excluded from the time in which trial must commence.

DATED: 10/10/2024          by:     *Sheila K. Oberto*
                                    HON. SHIELA K. OBERTO
                                    UNITED STATES MAGISTRAGE JUDGE