MICHELE BECKWITH
Acting United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DESTANY WALKER, <br><br> Defendant. | CASE NO. 1:20-CR-00062-JLT-SKO <br><br> STIPULATION TO SET A CHANGE OF PLEA HEARING, AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER <br><br> CURRENT DATE: May 20, 2025 <br> TIME: 8:30 a.m. <br> COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order this matter was set for jury trial on May 20, 2025.

2.      By this stipulation, defendant Walker and the government now move to set the matter for change of plea on June 30, 2025, and exclude time from May 20, 2025 to June 30, 2025 under Local Code T4.  +

3.      By this stipulation, defendant Walker and the government move to vacate the jury trial date.

4.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes investigative reports, photographs, cell phone records, and related documents in

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1    electronic form, which are voluminous in nature.  All of this discovery has been either produced

2    directly to counsel and/or made available for inspection and copying.

3          b)      A signed plea agreement has been filed with the Court.

4          c)      Based on the above-stated findings, the ends of justice served by continuing the

5    case as requested outweigh the interest of the public and the defendant in a trial within the

6    original date prescribed by the Speedy Trial Act.

7          d)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

8    et seq., within which trial must commence, the time period of May 20, 2025 and June 30, 2025,

9    inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

10   because it results from a continuance granted by the Court at defendant's request on the basis of

11   the Court's finding that the ends of justice served by taking such action outweigh the best interest

12   of the public and the defendant in a speedy trial.

13       5.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

14   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

15   must commence.

16       IT IS SO STIPULATED.

17   Dated:  May 6, 2025                        MICHELE BECKWITH
                                                Acting United States Attorney
18
                                                 /s/ LAUREL J. MONTOYA
19                                              LAUREL J. MONTOYA
                                                Assistant United States Attorney
20

21
22   Dated: May 6, 2025                          /s/ ANTHONY P. CAPOZZI
                                                ANTHONY P. CAPOZZI
23                                              Counsel for Defendant
                                                Destany Walker
24

25

26

27

28

**FINDINGS AND ORDER**

IT IS SO FOUND that the ends of justice are served by requested continuance.

IT IS FURTHER FOUND that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and that time is deemed excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

IT IS ORDERED a change of plea hearing is set for June 30, 2025, and that the time period of May 20, 2025 to and through June 30, 2025 be excluded from the time in which trial must commence.

IT IS FURTHER ORDERED that the jury trial set for May 20, 2025 is vacated.

IT IS SO ORDERED.

Dated:   **May 7, 2025**

UNITED STATES DISTRICT JUDGE