ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 221-0200
Facsimile: (559) 221-7997
E-Mail: Anthony@capozzilawoffices.com

www.capozzilawoffices.com

Attorney for Defendant,
DESTANEY WALKER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA.<br><br>Plaintiff,<br><br>v.<br><br>DESTANEY WALKER<br>Defendant. | CASE NO. 1:20-CR-00062-JLT-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE THE CHANGE OF PLEA DATE OF JUNE 30, 2025**<br><br>CURRENT DATE: June 30, 2025<br>Time: 8:30 a.m.<br>COURT: Hon. Jennifer L. Thurston |

**TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

Defendant, Destaney Walker by and through her Attorney, Anthony P, Capozzi, and the United States, by and through Assistant United States Attorney, Laurel Montoya, stipulate as follows:

1. By previous order this matter was set for a plea on June 30, 2025.
2. The attorney for the defendant needs additional time to review the discovery and plea agreement with the defendant for June 30, 2025 hearing and further is unavailable on June 30, 2025.

3. By this stipulation, defendant, Destaney Walker and the government now move to continue the change of plea hearing to July 7, 2025, and exclude time from June 30, 2025, to July 7, 2025, under 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv), [Local Code T4].

4. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports, photographs, cell phone records, and related documents in electronic form, where are voluminous in nature.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) A signed plea agreement has been filed with the Court.

   c) Based on the above-stated findings, the needs of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescription by the Speedy Trial Act.

   d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 30, 2025, and July 7, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv), [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude the finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED:     June 18, 2025,          */s/ Laurel J. Montoya*
                                   LAUREL J. MONTOYA, Assistant United States Attorney

DATED: June 18, 2025,          */s/ Anthony P. Capozzi*_____
                                ANTHONY P. CAPOZZI, Attorney for
                                DESTANEY WALKER

## FINDINGS AND ORDER

THE COURT FINDS that the ends of justice are served by requested continuance.

THE COURT FINDS that the ends of justice served by taking such action outweigh the best interest of the public and defendant in a speedy trial and that time is deemed excluded pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv), [Local Code T4.

IT IS ORDERED that the change of plea hearing be continued from June 30, 2025, to July 7, 2025, and that the period of June 30, 225, to and through July 7, 2025, be excluded from the time in which trial must commence.

IT IS SO ORDERED.

Dated:   **June 20, 2025**                            _____
                                                      UNITED STATES DISTRICT JUDGE