ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 221 – 0200
Facsimile: (559) 221 – 7997
E-Mail: anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
DESTANEY WALKER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>DESTANEY WALKER,<br><br>   Defendant. | No. 1:20-CR-00062-JLT-SKO-3<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF ANTHONY P. CAPOZZI AS ATTORNEY OF RECORD AND ORDER** |

    On March 12, 2020, Defendant Destaney Walker was indicted on federal charges, CJA Panel Attorney, Anthony P. Capozzi was appointed as trial counsel to represent Ms. Walker on March 3, 2020 in her criminal case. Ms. Walker was sentenced pursuant to a plea agreement on October 6, 2025. The time for filing a direct appeal was fourteen days after sentencing. No direct appeal was filed. Ms. Walker was not in custody at sentencing. The trial phase of Ms. Walker's criminal case has, therefore, come to an end. Having completed his representation of Ms. Walker, CJA Attorney, Anthony P. Capozzi now moves to terminate his appointment under the Criminal Justice Act.

    Should Ms. Walker require further legal assistance, she has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360

(toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist her.

Respectfully submitted,

DATED:   October 29, 2025          */s/ Anthony P. Capozzi*                .
                                   ANTHONY P. CAPOZZI, Attorney for
                                   DESTANEY WALKER

## ORDER

Having reviewed the notice and found that attorney Anthony P. Capozzi has completed services for which he was appointed, the Court hereby grants Anthony P. Capozzi's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for this office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the re-appointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Destaney Walker at the following address and to update the docket to reflect Defendant's pro se status and contact information.

DESTANEY WALKER
1660 Wylma Way
Modesto, CA 95350

IT IS SO ORDERED.

Dated:   **October 29, 2025**                    *[signature: Jennifer L. Thurston]*
                                                 UNITED STATES DISTRICT JUDGE